[No. 11785-8-I. Division One. December 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03132-0, Gerard M. Shellan, J., entered April 8, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 12924-4-I. Division One. December 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. MONTOYA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1-00351-1, Robert C. Bibb, J., entered February 17, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 11538-3-I. Division One. December 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JUSTIN REED EARLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-04326-9, George T. Mattson, J., entered March 5, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Scholfield, JJ.